**Hearing Date and Time: August 17 2023 at 10:00 a.m. (prevailing Eastern Time)**
**Objection Deadline: August 10, 2023 at 4:00 p.m. (prevailing Eastern Time)**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **MatlinPatterson Global Opportunities** ) | |
| **Partners II L.P., et. al.** ) | |
| ) | Case No. 21-11255 (DSJ) |
| Debtors.[1] ) | |
| ) | (Jointly Administered) |

**FINAL FEE APPLICATION OF ERNST & YOUNG LTD. FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS AUDIT SERVICES PROVIDER FOR DEBTORS FOR THE PERIOD FROM JULY 6, 2021 THROUGH JUNE 1, 2023**

| | |
|---|---|
| Name of applicant: | Ernst & Young Ltd. ("EY Ltd.") |
| Authorized to Provide Professional Services To: | The Debtors |
| Date of retention: | December 21, 2021 (effective as of October 1, 2021) (as amended, February 2, 2023) |
| Period for Which Compensation and Reimbursement is Requested Pursuant to Interim Compensation Order | May 1, 2023 through June 1, 2023 |
| Period for Which All Compensation and Reimbursement Is Requested Pursuant to this Application | July 6, 2021 through April 30, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary (May Monthly Fee Statement) | $57,900.00 |
| Total Amount of Compensation Sought as Actual, Reasonable, and Necessary for the Final | $574,000.00 |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification, if any, are: MatlinPatterson Global Opportunities Partners II L.P. (8284); MatlinPatterson Global Opportunities Partners (Cayman) II L.P. (8246); MatlinPatterson Global Partners II LLC (6962); MatlinPatterson Global Advisers LLC (2931); MatlinPatterson PE Holdings LLC (6900); Volo Logistics LLC (8287); MatlinPatterson Global Opportunities Partners (SUB) II L.P. (9209). The location of the Debtors' address is: c/o MatlinPatterson Global Advisors LLC, 300 East 95th Street, Suite 102, New York, New York 10128.

| | |
|---|---|
| Fee Period | |
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary: | $0 |
| Amounts Allowed and Paid Pursuant to Interim Compensation Order | $516,100.00 |
| Amounts Paid but Not Yet Allowed Pursuant to Interim Compensation Order | $0 |
| Amount Not Yet Paid or Allowed | $57,900.00 |

Dated: July 17, 2023

/s/Bilal Ahmed
Bilal Ahmed
Partner, Ernst & Young Ltd.
62, Forum Lane
Camana Bay, P.O. Box 510
Grand Cayman (Cayman Islands)

# SUMMARY BY PROFESSIONAL

**For the Period May 1, 2023 through June 1, 2023**

**(For similar summary by professional for the Final Fee Period, please refer to each of the prior three fee applications for the period of July 6, 2021 through April 30, 2023)**

| Last Name | First Name | Initials | Rank | Time | Total Individual Fees |
|---|---|---|---|---|---|
| Rana | Ravi Kumar | RKR | Senior | 48.0 | $17,280.00 |
| Stephenson | Amaya | AS | Senior | 34.0 | $12,240.00 |
| Bohra | Manoj | MB | Manager | 20.0 | $10,600.00 |
| Khemka | Ankit | AKH | Senior Manager | 13.0 | $8,190.00 |
| Ahmed | Bilal | BA | Partner | 7.0 | $5,110.00 |
| Thompson | Michele | MT | Partner | 5.0 | $4,650.00 |
| **Combined Total Time** | | | | **127.0** | **$58,070.00** |
| **Total Fee Capped to $287,000 per engagement agreement** | | | | | **$57,900.00** |

## SUMMARY BY CATEGORY

**For the Period May 1, 2023 through June 1, 2023**

**(For similar summary by category for the Final Fee Period, please refer to each of the prior three fee applications for the period of July 6, 2021 through April 30, 2023)**

| Time Category | Category Descriptions | Total Hours |
|---|---|---|
| Audit Services | Audit for the year ended as at 12/31/2022 of MatlinPatterson Global Opportunities Partners II LP, MatlinPatterson Global Opportunities Partners (Cayman) II LP and MatlinPatterson Global Opportunities Partners (SUB) II L.P. | 127.0 |
| | **Total** | **127.0** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| MatlinPatterson Global Opportunities Partners II L.P., *et al.*,[2] ) | |
| ) | Case No. 21-11255 (DSJ) |
| Debtors. ) | |
| _____ ) | (Jointly Administered) |

**FINAL FEE APPLICATION OF ERNST & YOUNG LTD. FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
AS AUDIT SERVICES PROVIDER FOR THE DEBTORS FOR THE PERIOD FROM
JULY 6, 2021 THROUGH AND INCLUDING JUNE 1, 2023**

Pursuant to Sections 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and this Court's August 5, 2021 order approving procedures for professional compensation requests in these cases, Ernst & Young Ltd., ("EY Ltd.") hereby files this final fee application (this "Application") for entry of an order, substantially in the form attached hereto as **Exhibit A**, approving compensation as a retained professional to the above-captioned debtors and debtors in possession (the "Debtors"). By this Application, EY Ltd. respectfully requests full and final allowance and payment of the fixed fee of $574,000.00 as compensation with respect to services it provided to the Debtors during the period from July 6, 2021 through and including June 1, 2023 (the "Final Fee Period"). In support of this Application, EY Ltd. submits the certification of Bilal Ahmed, attached hereto as **Exhibit B** and incorporated herein by reference, and respectfully states as follows:

---

[2] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: MatlinPatterson Global Opportunities Partners II L.P. (8284); MatlinPatterson Global Opportunities Partners (Cayman) II L.P. (8246); MatlinPatterson Global Partners II LLC (6962); MatlinPatterson Global Advisers LLC (2931); MatlinPatterson PE Holdings LLC (6900); Volo Logistics LLC (8287); MatlinPatterson Global Opportunities Partners (SUB) II L.P. (9209). The location of the Debtors' address is: c/o MatlinPatterson Global Advisors LLC, 300 East 95th Street, Suite 102, New York, New York 10128.

5

**Background**

1.	On July 6, 2021 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code").

2.	The Debtors' plan of liquidation and related disclosure statement were filed on the Petition Date. The Debtors' second amended plan of liquidation (the "Plan") was filed on April 20, 2023 under Docket No. 863, and the related first amended disclosure statement and supplement (the "Disclosure Statement") were filed on September 30, 2022 under Docket No. 623, and on April 20, 2023 under Docket No. 864, respectively. A hearing to approve the Disclosure Statement on a final basis and confirm the Plan was held on May 18 and 19, 2023. On May 22, 2023, the Court entered an order approving the Disclosure Statement on a final basis and confirming the Plan under Docket No. 915. On June 2, 2023, the Debtors filed the Effective Date Notice declaring that the effective date of the Plan occurred on June 1, 2023 (the "Effective Date").

3.	The Debtors' retention of EY Ltd. was approved by this Court's Order [Docket No. 271] entered on December 21, 2021, effective as of October 1, 2021 (the "Retention Order"). The terms of retention were amended by an additional statement of work for audit services for the tax year 2022, which became effective on February 2, 2023 in accordance with the terms of the Retention Order. Pursuant to the Retention Order, EY Ltd. is authorized to be compensated under the terms set forth in the engagement letter between the Debtors and EY Ltd., and to be reimbursed for actual and necessary out-of-pocket expenses.

4.	On March 1, 2022, EY Ltd. filed and served the *First Interim Fee Application of Ernst & Young Ltd. for Compensation for Services Rendered and Reimbursement of Expenses as Audit Services Provider for the Debtors for the Period July 6, 2021 through January 31, 2022*

[ECF No. 346] (the "First Interim Fee Application"), pursuant to which EY Ltd. sought payment of $144,332.50 as compensation for professional services rendered and $0.00 for reimbursement of expenses. EY Ltd. did not receive any objections to the First Interim Fee Application and to date has received payment of the $144,332.50 in respect thereof.

5. On May 31, 2022, EY Ltd. filed and served the *Second Interim Fee Application of Ernst & Young Ltd. for Compensation for Services Rendered and Reimbursement of Expenses as Audit Services Provider for the Debtors for the Period from February 1, 2022 through April 30, 2022* [ECF No. 446] (the "Second Interim Fee Application"), pursuant to which EY Ltd. sought payment of $142,667.50 as compensation for professional services rendered and $0.00 for reimbursement of expenses. EY Ltd. did not receive any objections to the Second Interim Fee Application and to date has received payment of the $142,667.50 in respect thereof.

6. On May 31, 2023, EY Ltd. filed and served the *[Third] Interim Fee Application of Ernst & Young Ltd. for Compensation for Services Rendered and Reimbursement of Expenses as Audit Services Provider for the Debtors for the Period February 1, 2023 through April 30, 2023* [ECF No. 935] (the "Third Interim Fee Application"), pursuant to which EY Ltd. sought payment of $229,100.00 as compensation for professional services rendered and $0.00 for reimbursement of expenses. EY Ltd. did not receive any objections to the Third Interim Fee Application and to date has received payment of the $229,100.00 in respect thereof.

**Compensation Paid and Its Source**

7. All services for which EY Ltd. requests compensation were performed for or on behalf of the Debtors. EY Ltd. has received no payment and no promises for payment from any source other than the Debtors for services rendered or to be rendered in any capacity in connection with the matters covered by this Application.

7

**Supporting Detail**

8. During the Fee Period, EY Ltd. performed audit-related services for the Debtors. The total time spent by EY Ltd. with respect to the services for which it requests compensation hereunder was approximately 1,285.50 hours. The blended average hourly rate with respect to such services during the Fee Period was approximately $446.52. Pursuant to the Retention Order and the engagement letter, EY Ltd. is to be paid a fixed fee of $574,000.00 for its services in connection with the Debtors' 2021 and 2022 audit of the financial statements. All of these services have been completed.

9. The supporting detail for this Application is attached hereto as **Exhibit C**, which contains the daily time information for each EY Ltd. professional during the Fee Period.

**Applicable Law**

10. Section 330(a)(1) of the Bankruptcy Code provides, in relevant part, as follows:

(a) (1) After notice to the parties in interest and the United States Trustee and a hearing, and subject to sections 326, 328, and 329, the court may award to a … professional person employed under section 327 or 1103 –

> (A) reasonable compensation for actual, necessary services rendered by the trustee, examiner, ombudsman, professional person, or attorney and by any paraprofessional person employed by any such person; and
>
> (B) reimbursement for actual, necessary expenses.

11. Section 330 of the Bankruptcy Code prescribes the general standards for determining the reasonableness of the amount of compensation sought by a professional. *See* 3 *Collier on Bankruptcy* ¶ 331.03 at 331-12. Congress enacted section 330 of the Bankruptcy Code to liberalize the practice of granting the allowance of compensation to professionals in bankruptcy cases in order to ensure that professionals be reasonably compensated and that future professionals not be deterred from taking bankruptcy cases due to a failure to pay adequate

compensation. *See In re Ames Dep't Stores, Inc.*, 76 F.3d 66, 72 (2d Cir. 1996) (quoting *In re UNR Indus., Inc.*, 986 F.2d 207, 208-09 (7th Cir. 1993)).

12. Section 330(a) of the Bankruptcy Code provides for the compensation of reasonable and necessary services rendered by professionals based on the time, the nature, the extent and the value of such services, and the cost of comparable services other than in a case under the Bankruptcy Code. *See* 11 U.S.C. § 330. The test for determining necessity is objective; focusing on what services a reasonable professional would have performed under the same circumstances. *See, e.g.*, *In re Angelika Films 57th, Inc.*, 227 B.R. 29, 42 (Bankr. S.D.N.Y. 1998). This test does not rely on hindsight to determine the ultimate success or failure of the professional's actions. *See id.*; *In re Keene Corp.*, 205 B.R. 690, 696 (Bankr. S.D.N.Y. 1997). Ultimately, if the services of a professional are reasonably likely to benefit the debtor's estate, they should be compensable. *See Angelika Films*, 227 B.R. at 42.

13. EY Ltd. respectfully submits that the compensation sought in this Application is necessary and reasonable. The services that EY Ltd. rendered to the Debtors during the Fee Period required a high degree of professional competence. EY Ltd. performed efficiently, effectively and economically, and the results obtained have benefited the Debtors, their estates and creditors.

**WHEREFORE,** EY Ltd. hereby respectfully requests (i) allowance of $57,900.00 requested as compensation for the period of May 1, 2023 through and including June 1, 2023 and (ii) full and final allowance of the total compensation of $574,000 requested for services provided during the Final Fee Period. EY Ltd. also respectfully requests that it be granted such other and further relief as the Court may deem just and proper.

Dated: July 17, 2023

                                                       */s/Bilal Ahmed*
                                                       Bilal Ahmed
                                                       Partner, Ernst & Young Ltd.

**EXHIBIT A**

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re:<br><br>MatlinPatterson Global Opportunities Partners II L.P., *et al.*,<br><br>Debtors.³ | ) <br> ) Chapter 11<br> )<br> ) Case No. 21-11255 (DSJ)<br> )<br> ) (Jointly Administered)<br> ) |

**ORDER GRANTING THE FINAL APPLICATION OF
ERNST & YOUNG LTD. FOR COMPENSATION AS AUDIT SERVICES
PROVIDER FOR THE DEBTORS FOR THE PERIOD FROM
JULY 6, 2021 THROUGH AND INCLUDING JUNE 1, 2023**

Upon the final application (the "Application")⁴ of Ernst & Young Ltd. ("EY Ltd.") for entry of an order granting final approval and allowance of compensation for professional services rendered to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), from July 6, 2021 through and including June 1, 2023 (the "Fee Period"), in the amount of $574,000.00; and this Court having jurisdiction to consider the Application pursuant to 28 U.S.C. §§ 157 and 1334; and venue of these Chapter 11 Cases and the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b); and this Court having found that proper and adequate notice of the Application and the relief requested therein has been provided in accordance with the Bankruptcy Rules and the Local Rules, and that, except as otherwise ordered herein, no other or further notice is necessary; and any objections (if any) to the Application having been

---

3   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: MatlinPatterson Global Opportunities Partners II L.P. (8284); MatlinPatterson Global Opportunities Partners (Cayman) II L.P. (8246); MatlinPatterson Global Partners II LLC (6962); MatlinPatterson Global Advisers LLC (2931); MatlinPatterson PE Holdings LLC (6900); Volo Logistics LLC (8287); MatlinPatterson Global Opportunities Partners (SUB) II L.P. (9209). The location of the Debtors' address is: c/o MatlinPatterson Global Advisors LLC, 300 East 95th Street, Suite 102, New York, New York 10128.

4   All capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Application.

12

withdrawn or overruled on the merits; and upon the record of all of the proceedings had before this Court; and this Court having found and determined that the relief sought in the Application is in the best interests of the Debtors, their estates, their creditors and all other parties-in-interest; and that the legal and factual bases set forth in the Application establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED THAT:

1. The Application is granted to the extent set forth in the attached Schedule A.

2. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order.

3. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

New York, New York
Dated: _____, 2023

HONORABLE DAVID S. JONES
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT B**

**Verification of Bilal Ahmed**

## **VERIFICATION**

I hereby certify that:

1. I am a partner with the firm of Ernst & Young Ltd. ("EY Ltd."). This certification is made pursuant to the *Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York* (the "Amended Guidelines"), in support of the foregoing fee application of EY Ltd. (the "Application").

2. I hereby certify as follows: (a) I have read the Application; (b) to the best of my knowledge, information and belief formed after reasonable inquiry, the fees and disbursements sought in the Application fall within the Amended Guidelines, except as specifically noted herein or in the Application; (c) except to the extent that fees or disbursements are prohibited by the Amended Guidelines, the fees and disbursements sought are billed at rates and in accordance with practices customarily employed by EY Ltd. and generally accepted by EY Ltd.'s clients; and (d) in providing a service for which EY Ltd. seeks reimbursement of expenses, EY Ltd. does not make a profit on the service, whether the service is performed by EY Ltd. in-house or through a third party.

Dated: July 17, 2023

                                                   */s/Bilal Ahmed*
                                                   Bilal Ahmed
                                                   Partner, Ernst & Young Ltd.

# EXHIBIT C

# DETAILS OF HOURS INCURRED BY PROFESSIONALS

**For the Period May 1, 2023 through June 1, 2023**

**(For similar details of hours incurred by professionals for the Final Fee Period, please refer to each of the prior three fee applications for the period of July 6, 2021 through April 30, 2023)**

| Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Ravi Kumar Rana | Senior | 5/2/2023 | Conclusion | 4.0 | Resolving review comments from Managers and Executive review |
| Amaya Stephenson | Senior | 5/2/2023 | Conclusion | 3.0 | Resolving review comments from Managers and Executive review |
| Ravi Kumar Rana | Senior | 5/3/2023 | Conclusion | 4.0 | Performing updates to the litigation workpapers on the latest updates for the settlement of the cases |
| Ravi Kumar Rana | Senior | 5/4/2023 | Conclusion | 1.0 | May 4 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Amaya Stephenson | Senior | 5/4/2023 | Conclusion | 1.0 | May 4 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Manoj Bohra | Manager | 5/4/2023 | Conclusion | 1.0 | May 4 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Ankit Khemka | Senior Manager | 5/4/2023 | Conclusion | 1.0 | May 4 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Ravi Kumar Rana | Senior | 5/8/2023 | Conclusion | 2.5 | Drafting of summary of audit differences [SAD] |
| Ravi Kumar Rana | Senior | 5/9/2023 | Conclusion | 2.0 | Updating GAAP disclosure checklist |
| Ravi Kumar Rana | Senior | 5/11/2023 | Conclusion | 1.0 | May 11 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Amaya Stephenson | Senior | 5/11/2023 | Conclusion | 1.0 | May 11 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Manoj Bohra | Manager | 5/11/2023 | Conclusion | 1.0 | May 11 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Ankit Khemka | Senior Manager | 5/11/2023 | Conclusion | 1.0 | May 11 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Amaya Stephenson | Senior | 5/11/2023 | Conclusion | 1.0 | May 18 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |

| Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Manoj Bohra | Manager | 5/11/2023 | Conclusion | 1.0 | May 18 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Ankit Khemka | Senior Manager | 5/11/2023 | Conclusion | 1.0 | May 18 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Ravi Kumar Rana | Senior | 5/12/2023 | Conclusion | 4.0 | Drafting of summary review memorandum / audit conclusion template |
| Ravi Kumar Rana | Senior | 5/15/2023 | Conclusion | 2.0 | Performing tie-through of V3 financial statements of MatlinPatterson Global Opportunities Partners (SUB) II L.P., MatlinPatterson Global Opportunities Partners (Cayman) II L.P., MatlinPatterson Global Opportunities Partners II L.P. |
| Amaya Stephenson | Senior | 5/15/2023 | Conclusion | 2.0 | Performing tie-through of V3 financial statements of MatlinPatterson Global Opportunities Partners (SUB) II L.P., MatlinPatterson Global Opportunities Partners (Cayman) II L.P., MatlinPatterson Global Opportunities Partners II L.P. |
| Bilal Ahmed | Partner | 5/17/2023 | Conclusion | 1.0 | May 17 - Discussion on Financial statement presentation disclosure on legal litigation footnote - M Thompson, B Ahmed, A Khemka and M Bohra |
| Manoj Bohra | Manager | 5/17/2023 | Conclusion | 1.0 | May 17 - Discussion on Financial statement presentation disclosure on legal litigation footnote - M Thompson, B Ahmed, A Khemka and M Bohra |
| Ankit Khemka | Senior Manager | 5/17/2023 | Conclusion | 1.0 | May 17 - Discussion on Financial statement presentation disclosure on legal litigation footnote - M Thompson, B Ahmed, A Khemka and M Bohra |
| Michele Thompson | Partner | 5/17/2023 | Conclusion | 1.0 | May 17 - Discussion on Financial statement presentation disclosure on legal litigation footnote - M Thompson, B Ahmed, A Khemka and M Bohra |
| Manoj Bohra | Manager | 5/17/2023 | Conclusion | 3.0 | Review and tie-through of V3 financial statements of MatlinPatterson Global Opportunities Partners (SUB) II L.P., MatlinPatterson Global Opportunities Partners (Cayman) II L.P., MatlinPatterson Global Opportunities Partners II L.P. |
| Amaya Stephenson | Senior | 5/17/2023 | Conclusion | 3.5 | Drafting SAS 114 for those charged with governance |
| Ravi Kumar Rana | Senior | 5/18/2023 | Conclusion | 1.0 | May 18 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Ankit Khemka | Senior Manager | 5/19/2023 | Conclusion | 2.0 | 2nd review of Draft Financial statements - V2 of MatlinPatterson Global Opportunities Partners (SUB) II L.P., MatlinPatterson Global Opportunities Partners (Cayman) II L.P., MatlinPatterson Global Opportunities Partners II L.P. |
| Amaya Stephenson | Senior | 5/19/2023 | Conclusion | 3.5 | Laws and regulation + Litigation Update |
| Ravi Kumar Rana | Senior | 5/22/2023 | Conclusion | 3.5 | Drafting Letter of representations |
| Amaya Stephenson | Senior | 5/22/2023 | Conclusion | 3.5 | Drafting Letter of representations |
| Ravi Kumar Rana | Senior | 5/22/2023 | Conclusion | 3.5 | Laws and regs + Litigation PGAP Update |
| Manoj Bohra | Manager | 5/24/2023 | Conclusion | 3.0 | Initial review of letter of representations |
| Ravi Kumar Rana | Senior | 5/24/2023 | Conclusion | 2.5 | Processing legal confirmations received and performing call back procedures. |

17

| Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Ravi Kumar Rana | Senior | 5/25/2023 | Conclusion | 1.0 | May 25 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Amaya Stephenson | Senior | 5/25/2023 | Conclusion | 1.0 | May 25 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Manoj Bohra | Manager | 5/25/2023 | Conclusion | 1.0 | May 25 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Ankit Khemka | Senior Manager | 5/25/2023 | Conclusion | 1.0 | May 25 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Manoj Bohra | Manager | 5/25/2023 | Conclusion | 4.0 | Initial review of summary review memorandum / audit conclusion template, Summary of Audit differences, SAS 114 and GAAP Checklist |
| Ankit Khemka | Senior Manager | 5/26/2023 | Conclusion | 1.0 | 2nd review of letter of representations |
| Ravi Kumar Rana | Senior | 5/26/2023 | Conclusion | 4.0 | Laws and regs + Litigation PGAP Update |
| Ankit Khemka | Senior Manager | 5/26/2023 | Conclusion | 1.5 | Second review of summary review memorandum / audit conclusion template, Summary of audit differences, SAS 114 and GAAP Checklist |
| Bilal Ahmed | Partner | 5/29/2023 | Conclusion | 1.0 | Partner in charge review of letter of representations |
| Bilal Ahmed | Partner | 5/30/2023 | Conclusion | 1.0 | Review of the Draft Financial statement for MatlinPatterson Global Opportunities Partners (SUB) II L.P., MatlinPatterson Global Opportunities Partners (Cayman) II L.P., MatlinPatterson Global Opportunities Partners II L.P. |
| Ravi Kumar Rana | Senior | 5/30/2023 | Conclusion | 3.5 | Performing subsequent events review Jan - May 22 |
| Ravi Kumar Rana | Senior | 6/1/2023 | Conclusion | 1.0 | June 1 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Amaya Stephenson | Senior | 6/1/2023 | Conclusion | 1.0 | June 1 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Manoj Bohra | Manager | 6/1/2023 | Conclusion | 1.0 | June 1 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Ankit Khemka | Senior Manager | 6/1/2023 | Conclusion | 1.0 | June 1 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson, M Bohra and A Khemka. |
| Michele Thompson | Partner | 6/5/2023 | Conclusion | 1.0 | Review of the Draft Financial statement for MatlinPatterson Global Opportunities Partners (SUB) II L.P., MatlinPatterson Global Opportunities Partners (Cayman) II L.P., MatlinPatterson Global Opportunities Partners II L.P. |
| Ravi Kumar Rana | Senior | 6/5/2023 | Conclusion | 3.5 | Internal consistency check and cross-referencing final documents |
| Amaya Stephenson | Senior | 6/5/2023 | Conclusion | 3.5 | Internal consistency check and cross-referencing final documents |
| Amaya Stephenson | Senior | 6/5/2023 | Conclusion | 3.5 | Performing subsequent events review Jan - June 22 |

| Name | Title | Date of Service | Project Category | Hours Charged | Description |
|---|---|---|---|---|---|
| Ravi Kumar Rana | Senior | 6/6/2023 | Conclusion | 2.5 | Drafting of opinions for the financial statements |
| Amaya Stephenson | Senior | 6/6/2023 | Conclusion | 3.0 | Drafting of opinions for the financial statements |
| Bilal Ahmed | Partner | 6/7/2023 | Conclusion | 1.0 | June 7 - Discussion on Financial statement presentation disclosure on legal litigation footnote - M Thompson, B Ahmed, A Khemka and M Bohra |
| Manoj Bohra | Manager | 6/7/2023 | Conclusion | 1.0 | June 7 - Discussion on Financial statement presentation disclosure on legal litigation footnote - M Thompson, B Ahmed, A Khemka and M Bohra |
| Ankit Khemka | Senior Manager | 6/7/2023 | Conclusion | 1.0 | June 7 - Discussion on Financial statement presentation disclosure on legal litigation footnote - M Thompson, B Ahmed, A Khemka and M Bohra |
| Michele Thompson | Partner | 6/7/2023 | Conclusion | 1.0 | June 7 - Discussion on Financial statement presentation disclosure on legal litigation footnote - M Thompson, B Ahmed, A Khemka and M Bohra |
| Manoj Bohra | Manager | 6/7/2023 | Conclusion | 1.5 | First review of opinions for the financial statements |
| Ankit Khemka | Senior Manager | 6/7/2023 | Conclusion | 1.0 | Second review of opinions for the financial statements |
| Ravi Kumar Rana | Senior | 6/8/2023 | Conclusion | 1.0 | June 8 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson and M Bohra |
| Amaya Stephenson | Senior | 6/8/2023 | Conclusion | 1.0 | June 8 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson and M Bohra |
| Manoj Bohra | Manager | 6/8/2023 | Conclusion | 1.0 | June 8 - Weekly call to update on audit progress, check business updates, answering any client queries and resolving audit team questions. Attendees: R Kumar Rana, A Stephenson and M Bohra |
| Bilal Ahmed | Partner | 6/8/2023 | Conclusion | 0.5 | Final review of opinions for the financial statements |
| Bilal Ahmed | Partner | 6/8/2023 | Conclusion | 1.0 | Final review and approval of financial statements and opinions, SAS 114 and Summary of audit differences |
| Michele Thompson | Partner | 6/8/2023 | Conclusion | 1.0 | Final review and approval of financial statements, opinions, SAS 114 and Summary of audit differences |
| Bilal Ahmed | Partner | 6/9/2023 | Conclusion | 1.0 | Partner in charge review of summary review memorandum / audit conclusion template, Litigation Analysis and final checks |
| Michele Thompson | Partner | 6/9/2023 | Conclusion | 0.5 | Engagement Quality Control Review of litigation analysis |
| Ravi Kumar Rana | Senior | 6/9/2023 | Conclusion | 0.5 | Year end executive discussion and approval points conclusion meeting |
| Amaya Stephenson | Senior | 6/9/2023 | Conclusion | 0.5 | Year end executive discussion and approval points conclusion meeting |
| Manoj Bohra | Manager | 6/9/2023 | Conclusion | 0.5 | Year end executive discussion and approval points conclusion meeting |
| Ankit Khemka | Senior Manager | 6/9/2023 | Conclusion | 0.5 | Year end executive discussion and approval points conclusion meeting |
| Bilal Ahmed | Partner | 6/9/2023 | Conclusion | 0.5 | Year end executive discussion and approval points conclusion meeting |
| Michele Thompson | Partner | 6/9/2023 | Conclusion | 0.5 | Year end executive discussion and approval points conclusion meeting |
| Amaya Stephenson | Senior | 6/12/2023 | Conclusion | 2.0 | Post issuance quality control checks |
| | | **Total** | | **127.0** | |